IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JOHN REGINALD MCGATHON,<br><br>Petitioner.<br>_____ | No. C 06-0756 MMC (PR)<br><br>**ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>**(Docket Nos. 2 & 4)** |

On February 2, 2006, petitioner, a California prisoner proceeding pro se, filed in this court the above-titled petition for a writ of habeas corpus. On the first page, however, petitioner clearly indicates he intended to file such petition in the California Supreme Court. Moreover, the petition alleges no violation of any federal law and, consequently, does not state a basis for federal habeas relief. See Engle v. Isaac, 456 U.S. 107, 119 (1982) (holding federal habeas relief available only on basis of transgression of federal law); see also 28 U.S.C. § 2254(a).

Accordingly, the above-titled action is hereby DISMISSED without prejudice.

In light of petitioner's lack of funds, his application to proceed in forma pauperis is GRANTED.

This order terminates Docket Nos. 2 and 4.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: June 8, 2006

_____
MAXINE M. CHESNEY
United States District Judge